UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

Fred Horenburger, an individual,

    Plaintiff,

v.

Florida Power and Light Company,
a Florida company,

    Defendant.
_____/

## COMPLAINT JURY DEMAND

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA") against Defendant.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227.  Venue in this District is proper because Plaintiff resides here and Defendants placed telephone calls to Plaintiff in this District.

## PARTIES

4.    Plaintiff, Fred Horenburger ("Plaintiff"), is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

5.    Defendant, Florida Power and Light Company ("FPL"), is a Florida Corporation with a Principal Place of Business at 700 Universe Blvd., Juno Beach, FL 33408.

**FACTUAL ALLEGATIONS**

6. Defendant, or others acting at its request, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Plaintiff informed the Defendant on several occasions that they were calling the wrong person, but Defendant continued to call Plaintiff's cell phone utilizing an automatic telephone dialing system or a pre-recorded or artificial voice. Therefore, Defendant willfully and/or knowingly violated the TCPA.

9. Defendant has left pre-recorded voice messages on Plaintiff's cell phone including one on December 17, 2014 at 10:30 am stating:

> "This is Florida Power (dead air)… This is Florida Power and Light calling for Saint Therese Flerexel (sic) your electric service will be disconnected Friday December 19, 2014, due to the past due balance on your FPL account. Payment must be made today to avoid disconnection of your electric service on Friday, December 19, 2014. We request that you make payment today at 1.800.626.1834. If this is an incorrect phone number for Saint Therese Flerexel (sic) please contact us 1.800.626.1834. Thank you."

**COUNT I**

**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

9. Plaintiff incorporates Paragraphs 1 through 9.

10. Defendant, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Defendants for:

a. Damages;

b. a declaration that Defendants' calls violate the TCPA;

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 9th day of January 2015.

Respectfully submitted,

/s/ Steven Holzman

Steven C. Holzman, Esq.
*Attorney for Plaintiff*
Fla. Bar. 667617

4400 North Federal Hwy
Lighthouse Point, FL 33064
Telephone:  561-789-5366
scholzmanlaw@gmail.com

3